**ASK LLP** — ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Advanced Systems, Inc.**  
Bankruptcy Case: **Bed Bath & Beyond Inc.**  
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113580 | $45,411.95 | 4/6/2023 | 1021-22-03 | 11/8/2022 | $45,411.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113403 | $13,660.58 | 3/27/2023 | 497-22-03 | 1/25/2023 | $13,660.58 |

Totals:    2 transfer(s),    $59,072.53